# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Allen Chacha, | : | Case No. 24-14219-PMM |
| Debtor. | : | |

_____

| | | |
|---|---|---|
| Andrew R. Vara, | : | |
| United States Trustee, | : | Adv. No. 25-00163-PMM |
| Plaintiff, | : | |
| v. | : | |
| Allen Chacha, | : | |
| Defendant. | : | |

_____

## CERTIFICATION OF SERVICE

I, Maria Borgesi, certify that on June 18, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Complaint of the United States Trustee Objecting to the Granting of the Debtor's Discharge

- Summons

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 18, 2025                    By:  /s/ Maria Borgesi
                                         Maria Borgesi, Paralegal
                                         Office of The United States Trustee
                                         Robert NC Nix, Sr. Federal Building
                                         900 Market Street, Suite 320
                                         Philadelphia, PA 19107
                                         Phone: 215-597-2555
                                         maria.n.borgesi@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**Allen R Chacha**
751 Vandenburg Road, Apt 2116
King of Prussia, PA 19406

**Debtor**

Via:      ____CM/ECF  **X** 1st Class Mail    ___Certified Mail    ____e-mail    ___Other

**END OF DOCUMENT**