IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ALLEN R. CHACHA, | : | BANKR. NO. 24-14219-PMM |
| | : | |
| DEBTOR. | : | |

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE | : | ADV. NO. 25-00163-PMM |
| | : | |
| PLAINTIFF, | : | |
| v. | : | |
| | : | |
| ALLEN R. CHACHA, | : | |
| | : | |
| DEFENDANT. | : | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT FOR WANT OF
ANSWER AGAINST DEFENDANT, ALLEN R. CHACHA**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Please enter default against the defendant, Allen R. Chacha, named in the above captioned action (the "Defendant") pursuant to Fed.R.Civ.P. 55(a) and Fed.R.Bankr.P. 7055 for her failure to plead, otherwise defend or enter an appearance in this adversary proceeding as set forth in the Declaration of John Schanne filed concurrently herewith.

Dated: July 24, 2025 	Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: (202) 934-4154
John.Schanne@usdoj.gov