IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ALLEN R. CHACHA, | BANKR. NO. 24-14219-PMM |
| DEBTOR. | |
| ANDREW R. VARA, <br> UNITED STATES TRUSTEE | ADVERSARY NO. 25-00163-PMM |
| PLAINTIFF, | |
| v. | |
| ALLEN R. CHACHA | |
| DEFENDANT. | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant has failed to plead or otherwise defend in this case as required by law.

    Name:    Allen R. Chacha

Therefore, default is entered against the above-named defendant as authorized by Federal Rule of Bankruptcy Procedure 7055(a).

 

_____
Clerk of the Bankruptcy Court

Date:                                                By: _____
                                                      Deputy Clerk