*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Allen R Chacha<br>Debtor(s) | ) <br> ) <br> ) | Case No. 24–14219–pmm<br>Chapter 7 |
| United States Trustee<br>Plaintiff(s) | ) <br> ) <br> ) | Adversary No. 25–00163–pmm |
| v. | ) <br> ) | |
| Allen R Chacha<br>Defendant(s) | ) <br> ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before July 18, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before July 23, 2025.

    Address of the clerk

                                            Eastern District of Pennsylvania
                                            900 Market Street
                                            Suite 400
                                            Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney

                                            JOHN HENRY SCHANNE
                                            DOJ–Ust
                                            Office of The United States Trustee
                                            Robert N.C. Nix Federal Building
                                            900 Market Street, Suite 320
                                            Philadelphia, PA 19107

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                  For The Court

                                                                  Timothy B. McGrath
                                                                 Clerk of Court

Date: June 18, 2025