IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ALLEN R. CHACHA,<br><br>DEBTOR.<br><br>ANDREW R. VARA,<br>UNITED STATES TRUSTEE<br><br>PLAINTIFF,<br><br>v.<br><br>ALLEN R. CHACHA<br><br>DEFENDANT. | CHAPTER 7<br><br>BANKR. NO. 24-14219-PMM<br><br><br><br>ADVERSARY NO. 25-00163-PMM |

## CERTIFICATE OF SERVICE

It is certified that on the 24th day of July, 2025, the United States trustee's Request for Entry of Default, Declaration of John Schanne in Support thereof, and proposed Entry of Default was caused to be served electronically and/or by placing copies thereof in the United States Mail, first class postage prepaid, addressed as follows:

Allen R Chacha
751 Vandenburg Road, Apt 2116
King of Prussia, PA 19406
(Defendant)

Robert H. Holber PC
41 East Front Street
Media, PA 19063

By: _/s/ Hannah Deininger_
    Hannah Deininger
    Paralegal